**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| WILLIAM THOMAS KNOTTS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:01cv518-A |
| | ) | (WO) |
| DONAL CAMPBELL, Commissioner of | ) | |
| the Alabama Department of Corrections; | ) | |
| CHARLIE JONES, Warden; TROY KING, | ) | |
| Attorney General of the State of Alabama, | ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Respondents, Donal Campbell, Commissioner of the Alabama Department of Corrections; Charlie Jones, Warden; and Troy King, Attorney General of the State of Alabama, and against the Petitioner, William Thomas Knotts.

Done this 28th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE